In the Matter of the General Assignment for the Benefit of Creditors of ESMCO AUTO PRODUCTS CORP., Assignor, to NEW YORK CREDIT MEN'S ADJUSTMENT BUREAU, INC., Assignee-Respondent. BEHREN & MAST, Appellants.— Order denying application to authorize payment of the sum of $661.37 to appellants as the assignee of a claim in that amount, reversed on the law, without costs, motion granted, without costs, and respondent directed to pay $661.37 to appellants. Under the circumstances, it was immaterial whether the claim, which was allowed, was paid in cash or by way of credit. Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ., concur.

∎

In the Matter of DAVID GRAHAM, Petitioner, against LEO P. O'DONNELL, as Senior Director of the Harlem Valley State Hospital, Respondent.— Proceeding under article 78 of the Civil Practice Act to review respondent's determination dismissing petitioner from his position of attendant at the Harlem Valley State Hospital. The proceeding has been transferred to this court pursuant to section 1296 of the Civil Practice Act. Determination unanimously confirmed, without costs, and the petition dismissed. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.

∎

In the Matter of the Estate of HENRY LEIMAN, Deceased. ARTHUR LEIMAN, as Administrator of the Estate of HENRY LEIMAN, Deceased, Appellant; WILHELMINA McCABE et al., Respondents.— In a discovery proceeding, the decree of the Surrogate's Court, Queens County, entered after trial, declares that the proceeds of three savings bank accounts, established and maintained in the form of Totten trusts, are the property of the designated *cestuis,* and directs that certain furniture be delivered to appellant. Decree unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See *post,* p. 845.]

∎

In the Matter of YETTA MARCUS, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— In a proceeding under article 78 of the Civil Practice Act, to review a determination of the State Rent Administrator vacating and setting aside a certificate of eviction, order denying appellant's petition and dismissing the proceeding unanimously affirmed, without costs. A question of fact with respect to good faith was presented for the determination of the State Rent Administrator. (*Matter of Kaplan* v. *McGoldrick,* 279 App. Div. 615.) Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ.